On petition for review filed April 24, petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration August 8, 1996
See 146 Or App 774, 934 P2d 609 (1997)

MATTHEW McGOWAN,
*Petitioner on Review,*

*v.*

PSYCHIATRIC SECURITY REVIEW BOARD,
*Respondent on Review.*

(PSRB 90-1097; CA A87117; SC S43221)

920 P2d 153

Harris S. Matarazzo, Portland, filed the petition for petitioner on review.

No appearance *contra*.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in the light of *Drew v. PSRB*, 322 Or 491, 909 P2d 211 (1996).